IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LEE PATTERSON, | No. CIV S-11-2492-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| G. SWARTHOUT, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 7). Petitioner's petition will be addressed separately.

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis (Doc. 7) is granted.


DATED:  November 15, 2011

                                                                _____
                                                                **CRAIG M. KELLISON**
                                                                UNITED STATES MAGISTRATE JUDGE

1